# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| AARON DALE,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF GREAT FALLS, SCOTT FISHER, DOES 1-10.<br><br>                    Defendant. | **Case No. CV-20-80-GF-BMM**<br><br>**ORDER** |

Upon consideration of the Stipulation for Dismissal entered into between the parties in the above-captioned case,

IT IS HEREBY ORDERED that the claims of Plaintiff, Aaron Dale, against Defendants City of Great Falls and Scott Fisher, may be dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

DATED this 10th day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court